# RATH YOUNG PIGNATELLI

R. Terry Parker, Esquire
Attorney at Law
rtp@rathlaw.com
**DD** (603) 410-4338

December 28, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022

**VIA ECF**

MEMO ENDORSED

Honorable Colleen McMahon
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Conference adjourned to 2/10/2022 @ 10:30 a.m.

*/s/ Colleen McMahon*
1/5/2022

Re: **Erika Parker v. Mohammad Camara**
     **Docket No. 1:21-cv-09276**

Dear Judge McMahon:

We represent the plaintiff Erika Parker ("Plaintiff") in the above-referenced action against the defendant Mohammad Camara ("Defendant"). The parties' initial pretrial conference is currently scheduled for January 6, 2021, at 11:45 a.m. Plaintiff has made numerous attempts to serve the Defendant in this action with the Summons and Complaint. Plaintiff has also sent the notice of conference via certified mail. However, Plaintiff has yet to receive any communication from Defendant. In addition, Plaintiff has reached out to Defendant by email in effort to amicably resolve this dispute. Despite these attempts to engage Defendant, Plaintiff has not heard from Defendant. Therefore, Plaintiff seeks a 30-day adjournment of the initial pretrial conference while Plaintiff attempts to serve Defendant.

Respectfully submitted,

/s/ R. Terry Parker

cc: Mohammad Camara

National Impact. Uniquely New Hampshire.

Rath, Young and Pignatelli, P.C.
www.rathlaw.com

One Capital Plaza
Concord, NH 03302-1500
T (603) 226-2600
F (603) 226-2700

20 Trafalgar Square
Nashua, NH 03063
T (603) 889-9952
F (603) 595-7489

120 Water Street, 2nd Floor
Boston, MA 02109
T (617) 523-8080

26 State Street, Suite 9
Montpelier, VT 05602
T (802) 229-8050
F (802) 229-4666